US2008 1157714.1

US2008 1157714.1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED COMMUNITY BANK, | ) | |
| | ) | |
| Petitioner, | ) | **PROPOSED ENTRY OF DEFAULT** |
| | ) | **AS TO RESPONDENTS** |
| vs. | ) | **RODOLFO V. ARRUARANA,** |
| | ) | **BARBARA L. TRETO, and** |
| RODOLFO V. ARRUARANA, | ) | **MICHAEL YEOMANS** |
| BARBARA L. TRETO, and MICHAEL | ) | |
| YEOMANS, | ) | Civil Action No. 1:10-cv-248 |
| | ) | |
| Respondents. | ) | |
| | ) | |

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of the Petitioner for entry of default against Respondents Rodolfo V. Arruarana, Babara L. Treto, and Michael Yeomans.

IT APPEARING TO THE COURT that the named Respondents are in default for failing to plead or otherwise defend this action as required by law.

NOW THEREFORE, default is hereby entered against Respondents Rodolfo V. Arruarana, Babara L. Treto, and Michael Yeomans.

Signed: June 3, 2011

Frank G. Johns, Clerk
United States District Court

4831-8255-9753, v. 1