IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10cv248

| | |
|---|---|
| **UNITED COMMUNITY BANK,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **RODOLFO V. ARRUARANA,** ) | |
| **BARBARA L. TRETO, and** ) | |
| **MICHAEL YEOMANS,** ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Clerk made an entry of default against the Defendants Rodolfo V. Arruarana, Barbara L. Treto, and Michael Yeomans on June 3, 2011. [Doc. 14]. To date, however, the Plaintiff has not sought a judgment of default against any of the Defendants.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff shall file an appropriate motion or take other further action with respect to this matter no later than **August 5, 2011**.

**IT IS SO ORDERED.**

Signed: July 5, 2011

Martin Reidinger
United States District Judge