IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10cv248

| | |
|---|---|
| UNITED COMMUNITY BANK, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| RODOLFO V. ARRUARANA, | ) |
| BARBARA L. TRETO, and | ) |
| MICHAEL YEOMANS, | ) |
| | ) |
| Respondents. | ) |

## J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that Petitioner's Renewed Motion for Default Judgment [Doc. 19] is **GRANTED**, and **DEFAULT JUDGMENT** is hereby entered in favor of the Petitioner against:

(1) The Respondent Rodolfo V. Arruarana in the amount of $234,037.89, plus post-judgment interest payable on the above amount at the rate specified under 28 U.S.C. § 1961

from the date of judgment until paid, together with the costs of this action;

(2) The Respondent Barbara L. Treto in the amount of $114,158.57, plus post-judgment interest payable on the above amount at the rate specified under 28 U.S.C. § 1961 from the date of judgment until paid, together with the costs of this action;

(3) The Respondent Michael Yeomans in the amount of $269,612.86, plus post-judgment interest payable on the above amount at the rate specified under 28 U.S.C. § 1961 from the date of judgment until paid, together with the costs of this action.

**IT IS SO ORDERED.**

Signed: July 27, 2011

Martin Reidinger
United States District Judge